UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20036-MARTINEZ

UNITED STATES OF AMERICA,

vs.

NELKYS TABARES,

    Defendants.
_____/

**NOTICE OF APPEARANCE FOR CRIMINAL FORFEITURE**

The United States of America hereby gives notice that Assistant United States Attorney William T. Zloch has been assigned to this case with responsibility for matters related to criminal forfeiture.

    Respectfully Submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

    /s/ William T. Zloch
By:    WILLIAM T. ZLOCH (Florida Bar No. 0105619)
    ASSISTANT UNITED STATES ATTORNEY
    Email: William.zloch@usdoj.gov
    United States Attorney's Office
    500 S. Australian Ave. Suite 400
    West Palm Beach, FL 33401
    Telephone: (561) 820-8711
    Facsimile: (561) 820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/William T. Zloch*
William T. Zloch
Assistant United States Attorney