# MINUTE ORDER

Page 5

## Magistrate Judge Lisette M. Reid

**Atkins Building Courthouse - 3rd Floor**     Date: 1/30/2020   Time: 2:00 p.m.

---

Defendant: NELKYS TABARES      J#: 26097-104      Case #: 20-20036-CR-MARTINEZ

AUSA: Alexander Pogozelski      Attorney: _____

Violation: CONSP/COMMIT MONEY LAUNDERING      Surr/Arrest Date: 1/30/2020   YOB: 1977

Proceeding: Initial Appearance      CJA Appt: David P. Donet, Jr

Bond/PTD Held: ☐ Yes ☑ No      Recommended Bond: _____

Bond Set at: _____      Co-signed by: _____

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or _____ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
- Deft advised of rights & charge
- Stip $100,000 PSB co-signed (Released)
- David A. Donet, Jr appointed at the Target level / CJA appt continued for Criminal case
- Deft Arraigned
  - Reading of indictment Waived ✓
  - Not Guilty plea entered ✓
  - Jury trial demanded ✓
  - Standing Discovery Order requested ✓

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 14:04:26/14:19:04      Time in Court: 10 minutes

s/Lisette M. Reid      Magistrate Judge